IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMY BURNETT, | ) |
| Plaintiff(s), | ) |
| | ) Case No. 3:24-cv-00997 |
| v. | ) Judge Crenshaw/Frensley |
| MCREF IV GULCH APARTMENTS OWNER, LLC, | ) |
| Defendant(s). | ) |

**O R D E R**

An Initial Case Management Conference is scheduled for November 19, 2024 at 8:00 a.m. <u>via telephone</u>. All parties shall call **1-877-336-1831**, and when prompted for the access code, enter **7039387#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. A proposed case management order shall be filed three (3) days before the conference. Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**